UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | **ORDER** |
| CHRISTOPHER WHEELER, | : | 04 Cr. 1060 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

   On July 30, 2020, defendant Christopher Wheeler, proceeding *pro se*, moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018.  Dkt. No. 17.  It is hereby ORDERED as follows:

   (1)  The Government shall respond to the motion by Friday, August 14, 2020; and

   (2)   If Mr. Wheeler wishes to submit reply papers, he shall do so by Friday, August 28, 2020.

   The Clerk of Court is directed to mail a copy of this Order to defendant Christopher Wheeler at the address listed below.

   SO ORDERED.

Dated:  New York, New York
     July 31, 2020

                   /s/ Denny Chin
                 DENNY CHIN
                 United States Circuit Judge
                 Sitting by Designation

2

To:   Christopher Wheeler
      56335-054
      PO Box 019001
      Atwater, CA  95301