UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,                        :

       - against -                                 :            ORDER
                                                                            04-cr-1060 (DC)

CHRISTOPHER WHEELER,                             :

       Defendant.                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CHIN, Circuit Judge:

       The Court, having received a letter from the Government, with the consent of the Defendant, on June 4, 2023, orders as follows:

1. The status conference currently scheduled for June 8, 2023, in this matter is adjourned to **July 20, 2023,** at 10:00am in courtroom 905 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

       SO ORDERED.

Dated:     New York, New York
              June 6, 2023

                                                                      DENNY CHIN
                                                                      United States Circuit Judge
                                                                      Sitting by Designation