

**LAW OFFICE OF**
**JOSHUA D. KIRSHNER,** PLLC

666 Old Country Road, Suite 501
Garden City, NY 11530

T: (212) 756-1277
jkirshner@jkirshnerlaw.com
www.jkirshnerlaw.com

July 17, 2023

VIA ECF
The Honorable Denny Chin
United States Circuit Judge
Second Circuit Court of Appeals
40 Foley Square
New York, New York 10007

    Re:    United States v. Christopher Wheeler
              04 Cr. 1060 (DC)

Dear Judge Chin,

    I represent Christopher Wheeler in the above-captioned matter. I write, on consent of the Government, to request an adjournment of the status conference currently schedule for July 20, 2023 at 4:00 p.m. There are no material updates on my client's state prosecution at this time. Accordingly, the parties respectfully request an adjournment of approximately 45 days to a date and time convenient for the Court.

    Thank you for your consideration and attention to this matter.

                                                      Respectfully submitted,

                                                      /s/
                                                  Joshua D. Kirshner

cc:    All parties (via ECF)

*Application GRANTED. Adjourned to 9-7-2023 at 11 a.m. SO ORDERED.*

*USCJ 7-17-2023*