UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                :

       - against -                              :              <u>ORDER</u>
                                                                                                             04-cr-1060 (DC)

CHRISTOPHER WHEELER,                     :

              Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

        The Court, having received a letter from the Defendant, with the consent of the Government, on September 1, 2023, orders as follows:

1. The status conference currently scheduled for September 7, 2023, in this matter is adjourned to **October 26, 2023,** at 10:00 am in courtroom 905 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

        SO ORDERED.

Dated:    New York, New York
             September 1, 2023

                                                                       /s/ DC
                                                    DENNY CHIN
                                                    United States Circuit Judge
                                                    Sitting by Designation