UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,                  :

      - against -                             :      ORDER
                                                                                              04-cr-1060 (DC)

CHRISTOPHER WHEELER,                       :

             Defendant.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CHIN, Circuit Judge:

       The Court, having received a letter from the Defendant, with the consent of the Government, on October 23, 2023, orders as follows:

    1. The status conference currently scheduled for October 26, 2023, in this matter is adjourned to **January 9, 2024,** at 11:00 am in courtroom 906 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

    SO ORDERED.

Dated:    New York, New York
             October 24, 2023

                                                      _____
                                                      DENNY CHIN
                                                      United States Circuit Judge
                                                      Sitting by Designation