UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,                :

       - against -                              :        ORDER
                                                                               04-cr-1060 (DC)

CHRISTOPHER WHEELER,                     :

                Defendant.              :

------------------------------------x

CHIN, Circuit Judge:

        The Court, having received a letter from the Defendant, with the consent of the Government, on January 6, 2024, orders as follows:

1. The status conference currently scheduled for January 9, 2024, in this matter is adjourned to **February 26, 2024,** at 11:00 am in courtroom 906 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

        SO ORDERED.

Dated:      New York, New York
               January 8, 2024

                                                        DENNY CHIN
                                                      United States Circuit Judge
                                                        Sitting by Designation