UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                :

       - against -                             :         ORDER
                                                                               04-cr-1060 (DC)

CHRISTOPHER WHEELER,                     :

               Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

        The Court, having received a letter from the Defendant, with the consent of the Government, on January 26, 2024, orders as follows:

        1. The conference currently scheduled for February 26, 2024, in this matter is advanced to **February 1, 2024,** at 12:00 pm in courtroom 906 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

        SO ORDERED.

Dated:     New York, New York
              January 29, 2024

                                                        DENNY CHIN
                                                      United States Circuit Judge
                                                        Sitting by Designation