SOUTHERN DISTRICT
OF NEW YORK

United States

v.

Christopher Wheeler,

Defendant

ORDER

04 Cr. 1060 (DC)

The Court today having sentenced defendant Christopher Wheeler today, he is hereby released from federal custody and is to be turned over by the U.S. Marshals Service to state custody.

SO ORDERED.

NY, NY
Feb. 1, 2024

Denny Chin
USCJ